

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-15-00808-CV

**IN THE INTEREST OF S.L.S., S.S., S.L.S., CHILDREN,**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVL-000402-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:   Karen Angelini, Justice
      Marialyn Barnard, Justice
      Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the Motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court